IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CR3038-3 |
| | ) | |
| v. | ) | |
| | ) | |
| MARILYN M. PRADO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion to dismiss criminal case against Defendant Marilyn M. Prado (filing no. 212) is granted without prejudice.

DATED this 3rd day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge